ALEXIS COLL-VERY (SBN 212735)
acoll-very@stblaw.com
MARISSA LAMBERT (SBN 312567)
marissa.lambert@stblaw.com
P. CASEY MATHEWS (SBN 311838)
casey.mathews@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304-1114
Telephone:     (650) 251-5000
Facsimile:      (650) 251-5002

*Pro Bono Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ACLU, *et al.*,<br><br>          Plaintiffs,<br><br>      v.<br><br>ERIC D. HARGAN, Acting Secretary of Health and Human Services, *et al.*,<br><br>          Defendants. | Case No.: 4:17-cv-5772-HSG<br><br>**STIPULATION AND ORDER REGARDING RELIEF FROM AUTOMATIC REFERRAL TO ADR MULTI-OPTION PROGRAM** |

WHEREAS, on October 11, 2017 this case was assigned to the Northern District of California's Multi-Option ADR Program ("ADR Program");

WHEREAS, in connection with the assignment to that program, each of the parties and their respective attorneys have read either the handbook entitled "*Dispute Resolution Procedures in the Northern District of California,*" or the specified portions of the ADR Internet site,

1

www.cand.uscourts.gov/adr, considered the available dispute resolution options provided by the Court and private entities; and discussed whether this case might benefit from the available dispute resolution options;

WHEREAS, the parties mutually agree that referral to a formal ADR process is unlikely to be beneficial given the nature of the case;

WHEREAS, the parties mutually agree at this time that ADR is unlikely to aid in the resolution of this case and may unnecessarily consume the Court's time and resources;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and Defendants, that:

1. The parties jointly request that the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

2. If any party subsequently determines that submission to the formal ADR process would be beneficial to the efficient resolution of this matter, that party may request placement in one of the Court's ADR programs at that time.

Dated: January 4, 2018                              Respectfully submitted,

                                    ___/s/ Alexis Coll-Very_____
                                    ALEXIS COLL-VERY
                                    SIMPSON THACHER & BARTLETT LLP
                                    2475 Hanover Street
                                    Palo Alto, California 94304-1114
                                    Telephone:     (650) 251-5000
                                    Facsimile:     (650) 251-5002
                                    Email:          acoll-very@stblaw.com
                                    *Pro Bono Attorneys for ACLU Plaintiffs*

                                    __/s/ Melissa Goodman_____
                                    MELISSA GOODMAN
                                    AMERICAN CIVIL LIBERTIES UNION
                                    FOUNDATION OF SOUTHERN
                                    CALIFORNIA
                                    1313 West 8th Street
                                    Los Angeles, California 90017
                                    Telephone:     (213) 977-9500

Facsimile:        (213) 977-5299
Email:            mgoodman@aclusocal.org
*Attorneys for Plaintiffs ACLU and SEIU-UHW*

CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
ETHAN P. DAVIS
Deputy Assistant Attorney General
JOEL McELVAIN
Assistant Branch Director

      */s/ Justin M. Sandberg*
JUSTIN   M.   SANDBERG,   IL   Bar   No.
6278377
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C.  20001
Telephone:        (202) 514-5838
Facsimile:        (202) 616-8202
Email:            Justin.Sandberg@usdoj.gov
*Counsel for Federal Defendants*

## ORDER

The Court, having considered the parties' Administrative Motion for Relief from Automatic Referral to the Multi-Option ADR Program hereby **GRANTS** the motion.

IT IS SO **ORDERED**, this 8th day of Janaury, 2018.

Dated:  January 8, 2018

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE