CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
ETHAN P. DAVIS
Deputy Assistant Attorney General
JOEL McELVAIN
Assistant Branch Director
JUSTIN M. SANDBERG, IL. BAR NO. 6278377
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C.  20001
Telephone:  (202) 514-5838
Facsimile:  (202) 616-8202
Email: Justin.Sandberg@usdoj.gov

*Attorney for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR II,[1] Secretary of Health and Human Services, *et al.*, <br><br> Defendants. | Case No.: 4:17-cv-5772-HSG <br><br> **STIPULATION REGARDING STAY OF DISTRICT COURT PROCEEDINGS PENDING APPEAL** |

The parties hereby stipulate to the following:

---

[1] Secretary Azar replaces Acting Secretary Hargan as a named defendant, in his official capacity, by operation of Federal Rule of Civil Procedure 25(d).

1. The Court should stay further district court proceedings pending resolution of the appeals of this Court's entry of a preliminary injunction in *State of California, et al. v. Alex M. Azar II*, et al., 17-cv-5783, on December 21, 2017, Order Granting Plaintiffs' Motion for a Preliminary Injunction, Dckt. No. 105. *See* Notices of Appeal at ECF Dckt. Nos. 135, 137, 142.

Dated: March 8, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
ETHAN P. DAVIS
Deputy Assistant Attorney General
JOEL McELVAIN
Assistant Branch Director

  */s/ Justin M. Sandberg*
JUSTIN M. SANDBERG, IL Bar No. 6278377
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C.  20001
Telephone:  (202) 514-5838
Facsimile:  (202) 616-8202
Email: Justin.Sandberg@usdoj.gov
*Counsel for Federal Defendants*

|   |   |
|---|---|
| 1 |   |
| 2 | _s/ Alexis Coll-Very_<br>SIMPSON THACHER & BARTLETT LLP |
| 3 | 2475 Hanover Street<br>Palo Alto, CA 94304-1114<br>Telephone: (650) 251-5201 |
| 4 | Facsimile: (650) 251-5002<br>_Pro Bono Counsel for Plaintiff American_ |
| 5 | _Civil Liberties Union_ |
| 6 | _s/ Melissa Goodman_<br>AMERICAN CIVIL LIBERTIES UNION |
| 7 | FOUNDATION OF SOUTHERN<br>CALIFORNIA |
| 8 | 1313 West 8th Street<br>Los Angeles, CA 90017 |
| 9 | Telephone: (213) 977-9500<br>Facsimile: (213) 977-5299 |
| 10 | _Counsel for Plaintiffs American Civil_<br>_Liberties Union and SEIU-UHW_ |