CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
ETHAN P. DAVIS
Deputy Assistant Attorney General
JOEL McELVAIN
Assistant Branch Director
JUSTIN M. SANDBERG, IL. BAR NO. 6278377
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C.  20001
Telephone:  (202) 514-5838
Facsimile:  (202) 616-8202
Email: Justin.Sandberg@usdoj.gov

*Attorney for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR II, Secretary of Health and Human Services, *et al.*, <br><br> Defendants. | Case No.: 4:17-cv-5772-HSG <br><br> **[PROPOSED] ORDER** |

The Court, having considered the parties' Stipulation Regarding Stay of District Court Proceedings Pending Appeal hereby **GRANTS** the motion, staying this case pending resolution of the appeals of this Court's entry of a preliminary injunction in *State of California, et al. v. Alex M. Azar II*, et al., 17-cv-5783, on December 21, 2017 [ECF Dckt. No. 105].

IT IS SO **ORDERED**, this _____ day of _____, 2018.

Dated: _____

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE