```
 1  ALEXIS COLL-VERY (SBN 212735)
    acoll-very@stblaw.com
 2  MARISSA LAMBERT (SBN 312567)
    marissa.lambert@stblaw.com
 3  SIMPSON THACHER & BARTLETT LLP
 4  2475 Hanover Street
    Palo Alto, California 94304-1114
 5  Telephone:   (650) 251-5000
    Facsimile:   (650) 251-5002
 6
 7  Pro Bono Attorneys for Plaintiff ACLU

 8  MELISSA GOODMAN (SBN 289464)
    mgoodman@aclusocal.org
 9  AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF SOUTHERN CALIFORNIA
10  1313 West 8th Street
    Los Angeles, California 90017
11  Telephone:   (213) 977-9500
    Facsimile:   (213) 977-5299
12
13  Attorneys for Plaintiffs ACLU and SEIU-UHW
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and SEIU-UHW,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX M. AZAR II, Secretary of the U.S. Department of Health and Human Services; R. ALEXANDER ACOSTA, Secretary of Labor; and STEVEN T. MNUCHIN, Secretary of the Treasury, in their official capacities,<br><br>　　　　　　　　Defendants. | Case No. 3:17-cv-05772-HSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rules of Civil Procedure 41(a)(1), Plaintiffs American Civil Liberties Union and SEIU-UHW voluntarily dismiss without prejudice the above-entitled action against Defendants Alex M. Azar II, R. Alexander Acosta, and Steven T. Mnuchin. This notice of dismissal is being filed with the Court before filing or service by Defendants of either an answer or a motion for summary judgment.

Dated: November 2, 2018

**SIMPSON THACHER & BARTLETT LLP**

By: /s/ Alexis Coll-Very /MPL
ALEXIS COLL-VERY (SBN 212735)
2475 Hanover Street
Palo Alto, California 94304-1114
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
Email: acoll-very@stblaw.com

*Pro Bono* Attorneys for ACLU Plaintiffs

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**

By: /s/ Melissa Goodman
MELISSA GOODMAN (SBN 289464)
1313 West 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5299
E-mail: mgoodman@aclusocal.org

*Pro Bono* Attorneys for ACLU and SEIU-UHW Plaintiffs